UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>   Plaintiff,<br>  v.<br>SHAREE MARTELL HALL,<br>   Defendant. | Case No. 17-cr-00519-RS-1 (JSC)<br><br>**ORDER OF DETENTION** |

  Defendant Sharee Martell Hall is charged by indictment with violating 18 U.S.C. §§ 751(a) and 4082(a), escape from custody. The indictment alleges she left a residential reentry center without permission while still in the custody of the Bureau of Prisons. Ms. Hall came before the Court on October 10, 2017 for a detention hearing. She was represented by Peter Arian. The Pretrial Services Report recommended that Ms. Hall be detained. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure that she make all required court appearances. In particular, Ms. Hall's criminal record and the nature of the current charge create a risk of non-appearance. Accordingly, Ms. Hall will be detained pending trial in this matter.

  These findings are made without prejudice to Ms. Hall's right to seek review of her detention should new information arise.

  Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

  1. Defendant Hall be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant Hall be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: October 11, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge