1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   JULIE D. GARCIA (CABN 288624)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Matthew.McCarthy@usdoj.gov
        Julie.Garcia@usdoj.gov
9
   Attorneys for United States of America
10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,           ) CASE NO. CR 17-519 RS
15                                     )
          Plaintiff,                   )
16                                     ) STIPULATION REGARDING PRETRIAL
       v.                              ) DEADLINES AND [~~PROPOSED~~] ORDER
17                                     )
   SHAREE MARTELL HALL,                )
18                                     )
          Defendant.                   )
19 _____)

20

21       At the first status conference in the above-captioned matter on October 10, 2017, the defendant

22 invoked her right to a speedy trial, and the Court set the matter for trial on December 11, 2017. The

23 pretrial conference is set for December 6, 2017, at 9:30 am.

24       On November 15, 2017, defense counsel filed a motion to continue the trial date. The matter is

25 set for a hearing before the Court on November 27, 2017. If the trial date is <u>not</u> continued, the parties

26 agree to the following pretrial schedule:

27       • Motions *in limine* shall be filed by November 29, 2017; any responses shall be filed by

28         December 3, 2017.

1    • In accordance with Criminal Local Rule 17.1-1, the parties shall file a pretrial conference
2    statement addressing the matters set forth in Local Rule 17.1-1(b) by November 29, 2017.
3 IT IS SO STIPULATED.

                                            BRIAN J. STRETCH
                                            United States Attorney

DATED: November 17, 2017                    /s/
                                            MATTHEW L. McCARTHY
                                            JULIE D. GARCIA
                                            Assistant United States Attorneys

DATED: November 17, 2017                    /s/
                                            RANDY SUE POLLOCK
                                            Attorney for Defendant

IT IS SO ORDERED.

DATED: 11/17/17
                                            HON. RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE