1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   JULIE D. GARCIA (CABN 288624)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Matthew.McCarthy@usdoj.gov
       Julie.Garcia@usdoj.gov
9
   Attorneys for United States of America
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 17-519 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO VACATE PRETRIAL<br>) DEADLINES AND [~~PROPOSED~~] ORDER |
| SHAREE MARTELL HALL, | ) |
| Defendant. | ) |

At the first status conference in the above-captioned matter on October 10, 2017, the defendant invoked her right to a speedy trial, and the Court set the matter for trial on December 11, 2017.

On November 15, 2017, defense counsel filed a motion to continue the trial date. The matter is set for a hearing before the Court on November 27, 2017.

The parties hereby stipulate and respectfully request that, in light of the defense motion to continue the trial date, all pretrial filing deadlines be vacated.

//

//

STIPULATION TO VACATE PRETRIAL DEADLINES AND [PROPOSED] ORDER
NO. CR 17-519 RS                                                  1

IT IS SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

DATED: November 20, 2017

/s/
MATTHEW L. McCARTHY
JULIE D. GARCIA
Assistant United States Attorneys

DATED: November 20, 2017

/s/
RANDY SUE POLLOCK
Attorney for Defendant

# ~~PROPOSED~~ ORDER

Based on the parties' stipulation, and good cause appearing, it is hereby ORDERED that all pretrial filing deadlines in the above-captioned matter be vacated.

IT IS SO ORDERED.

DATED: 11/20/17

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE