UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** December 6, 2017   **Time:** 35 minutes   **Judge:** RICHARD SEEBORG

**Case No.:** 17-cr-00519-RS-1   **Case Name:** USA v. Sharee Martell Hall

**Attorney for Government:** Matthew McCarthy, Julie Garcia
**Attorney for Defendant:** Randy Sue Pollock
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Kathy Sullivan
**Interpreter:** n/a   **Probation Officer:** n/a

## PROCEEDINGS

Status Hearing Held.

## SUMMARY

Jury Trial vacated on 12/11/17. The Court ordered a Mental Health Examination. Jury Selection/Trial continued **1/29/18 at 9:00 a.m.** Government to submit proposed order for Examination.